UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHARON E. ZOCHERT,                             CIVIL NO.11-603 (MJD/JSM)

    Plaintiff,

v.                                                                    ORDER

RBC CAPITAL MARKETS CORP.,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated April 20, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 19, 2011

                                         s/Michael J. Davis
                                        MICHAEL J. DAVIS
                                        Chief United States District Judge